# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Charles Seang | **Repayment Agreement and Order** | No: 5:21-CR-00009-004 |
|---|---|---|

On September 8, 2021, Charles Seang was sentenced to 37 months imprisonment followed by a 24-month term of supervised release. The Court also imposed a fine in the amount of $15,000.

After a review of his financial status, the following repayment agreement has been reached with Mr. Seang. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on September 8, 2021, I have been ordered to pay a total fine of $15,000.00 and a special assessment of $100.00.

2. On March 27, 2023, I began my service of 24 months of supervised release. The mandatory assessment was satisfied on February 9, 2023. The current balance of my fine is $14,900.00.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of September 2023, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $150.00 per month during the term of supervision.

_____
Charles Seang

Aug 31 2023
Date

_____
Thomas Hare, U.S. Probation Officer
Northern District of Georgia

8/31/23
Date

_____
Assistant U.S. Attorney

09/07/2023
Date

**THE COURT ORDERS:**

☒ Approval   ☐ Disapproval

_____
Marc T. Treadwell
Chief U.S. District Judge

9.8.23
Date